Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO**, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>**MASTERS REALTY SERVICES INC., NEIL SCHWARTZ, and DOES 1 through 10, inclusive, and each of them**<br>Defendant. | Case No.<br>2:17-CV-06833-RGK-JPR<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

   NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

1  ///

2  Respectfully submitted this 20th Day of April, 2018,

3  
4  By: s/Todd M. Friedman, Esq.
    Todd M. Friedman
5  Attorney for Plaintiff

6  
7  By: s/   Matthew D. Pearson
    Matthew D. Pearson
8  Attorney for Defendant

Stipulation to Dismiss- 2

4843-7251-2354.1

# **CERTIFICATE OF SERVICE** Filed

electronically on April 20 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 20 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
Todd M. Friedman