Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO**, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>**MASTERS REALTY SERVICES INC., NEIL SCHWARTZ, and DOES 1 through 10, inclusive, and each of them**<br>Defendant. | Case No.<br> 2:17-CV-06833-RGK-JPR<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, CAROLYN NAVARRO, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this _____

_____
Honorable Judge of the District Court